# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 5:26-MJ- 67 |
| | : | |
| v. | : | |
| | : | |
| NOURTEN KURUJU, | : | (Judge Latella ) |
| | : | |
| Defendant. | : | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
18 U.S.C. § 611
(Voting by an Alien in a Federal Election)

On or about November 8, 2022, in Luzerne County, within the Middle District of Pennsylvania, the defendant

**NOURTEN KURUJU,**

an alien, knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, United States Senator, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611.

BRIAN D. MILLER
United States Attorney

By: ______________________
JAMES M. BUCHANAN
Assistant United States Attorney

Dated: October 15, 2026